1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  CARRIE RENEA ROBERTS, | Case No.  1:23-cv-00154-HBK |
| 12          Plaintiff, | ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND |
| 13      v. | UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g), REVERSING FINAL DECISION AND |
| 14  KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL | REMANDING CASE[1] |
| 15  SECURITY, | (Doc. No. 17) |
| 16          Defendant. | ORDER MOOTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| 17 | |
| 18 | (Doc. No.  12) |

19

20        Pending before the Court is the parties' joint motion to remand filed October 20, 2023.

21  (Doc. No. 17).  Plaintiff Carrie Renea Roberts and the Commissioner of Social Security agree that

22  this case should be remanded for further administrative proceedings under sentence four of 42

23  U.S.C. § 405(g).  (*Id.*).

24        The United States Supreme Court held that the Social Security Act permits remand in

25  conjunction with a judgment either affirming, reversing, or modifying the Secretary's decision.

26  ───────────────

27  [1] Both parties have consented to the jurisdiction of a magistrate judge in accordance with 28 U.S.C.
§636(c)(1).  (Doc. No. 9).

28

1    *See Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991) (addressing issue of attorney's fees under

2    the Equal Access to Justice Act and calculating deadline using date of final judgment).  The

3    *Melkonyan* court recognized 42 U.S.C. § 405(g) contemplates only two types of remand –

4    sentence four or sentence six.  *Id.* at 98.  A sentence four remand authorizes a court to enter "a

5    judgment affirming, modifying, or reversing the decision of the Secretary, with or without

6    resetting the cause for a rehearing."  *Id.* (other citations omitted).

7    　　　　The Court grants the parties' motion to remand under sentence four and reverses the

8    Commissioner's final decision.  As agreed upon by the parties, upon remand, the Commissioner

9    will further develop the record as necessary and issue a new decision.

10   　　　　Accordingly, it is **ORDERED**:

11   　　1.  Pursuant to sentence four of 42 U.S.C.§ 405(g), the Court grants the joint motion to

12   　　　　remand (Doc. No. 17) and REVERSES the Commissioner's decision.  This case is

13   　　　　REMANDED to the Commissioner of Social Security for further proceedings

14   　　　　consistent with this Order.

15   　　2.  A motion for attorney fees may be filed within thirty (30) days.

16   　　3.  Plaintiff's Motion for Summary Judgment (Doc. No. 12) is MOOT.

17   　　4.  The Clerk shall enter judgment in favor of Plaintiff, terminate any deadlines, and close

18   　　　　this case.

19

20   Dated:　　October 20, 2023

21   　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
     　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28